Carey H. Johnson, #40879
**STAMMER, McKNIGHT, BARNUM & BAILEY**
2540 W. Shaw Lane, Suite 110
Fresno, California  93711
(559) 449-0571
Facsimile:  (559) 432-2619
E-Mail: careyj@smbblaw.com

Attorneys for Defendants THE COUNTY OF FRESNO, RICHARD PIERCE, JOSE FLORES, and MICHAEL LEONARDO

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JOHN A MAJCHEN, MATTHEW MAJCHEN, and LIDIA MAJCHEN,<br><br>                   Plaintiffs,<br><br>          vs.<br><br>THE COUNTY OF FRESNO, RICHARD PIERCE, individually and in his official capacity as the Sheriff for the County of Fresno, JOSE FLORES, MICHAEL LEONARDO, and, DOES  1 through 30, inclusive,<br><br>                   Defendants. | Case No.: CIV-F-04 5857 REC DLB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    **The parties having signed and presented to the Court a stipulation for the dismissal of the above action with prejudice, IT IS HEREBY ORDERED that:**

1. **The parties' Stipulation for Voluntary Dismissal of Action be filed, and**
2. **The above action is dismissed with prejudice.  The parties shall bear their own costs and attorneys' fees.**

**Dated: June _22____, 2005**          **ROBERT E. COYLE**
                                                          **The Honorable ROBERT E. COYLE**
                                                          **United States District Judge**